THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANDREW D. BAIRD & SONS et al., Respondents, *v.* WILLIAM A. PRENDERGAST, as Comptroller of the City of New York, Appellant.

*People ex rel. Baird & Sons* v. *Prendergast*, 175 App. Div. 971 affirmed.

(Submitted March 6, 1917; decided March 20, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

December 7, 1916, which modified and affirmed as modified an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendant to consider the claims of the relators, and if in his judgment it is equitable and proper for the city of New York to pay them in whole or in part, notwithstanding they are illegal or invalid claims, to so certify to the board of estimate and apportionment. The claims were for labor and materials furnished a contractor for city work, the said contractor having abandoned his contract.

*Lamar Hardy, Corporation Counsel* (*Terence Farley* and *John Lehman* of counsel), for appellant.

*Richard S. Newcombe* and *Frank L. Cunningham* for respondents.

Order affirmed, with costs; no opinion.
Concur: CHASE, COLLIN, HOGAN, CARDOZO and CRANE, JJ. Dissenting: HISCOCK, Ch. J. Absent: McLAUGHLIN, J.